UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TSADOK ZIZI,<br><br>            Plaintiff,<br>  vs.<br><br>REPUBLIC MORTGAGE, LLC, et al.,<br><br>            Defendants. | Case No.: 2:12-cv-00018-GMN -PAL<br><br>**ORDER ACCEPTING REPORT OF FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |

      Before the Court for consideration is the Report of Findings and Recommendation (ECF No. 4) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered March 2, 2012. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and has determined that Plaintiff complied with LR 7.1.-1 on March 14, 2012, by filing the Certificate of Interested Parties (ECF No. 5), as recommended by Magistrate Judge Leen.

      **IT IS THEREFORE ORDERED** that Magistrate Judge Leen's Recommendation is hereby **ACCEPTED.**

      **DATED** this 9th day of July, 2012.

_____
Gloria M. Navarro
United States District Judge