**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TSADOK ZIZI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:12-cv-00018-GMN-PAL |
| | ) | |
| REPUBLIC MORTGAGE, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m)**
**OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to defendant Republic Mortgage, LLC.

**DATED** this 20th day of August, 2012;

_____
GLORIA M. NAVARRO
United States District Judge